

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00103-CR

**CHRISTOPHER LEE PHILLIPS,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

---

**From the 85th District Court
Brazos County, Texas
Trial Court No. 08-01833-CRF-85**

---

## MEMORANDUM OPINION

---

This is an appeal of the trial court's denial of the Appellant's application for writ of habeas corpus seeking bail reduction pending trial. The district clerk notified this Court that Appellant was convicted on June 2, 2009 and received a thirty-year prison sentence.

In a letter dated June 30, 2009, we notified Appellant that it thus appeared that this appeal is now moot and should be dismissed and that, unless a response was filed within 21 days showing that this appeal is not moot or showing other grounds for

continuing the appeal, it would be dismissed.  No response has been filed.

This appeal is dismissed as moot.  *See Oldham v. State*, 5 S.W.3d 840, 846 (Tex. App.—Houston [14th Dist.] 1999, pet. ref'd) ("Issues concerning pretrial bail are moot after the accused is convicted.").


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed July 29, 2009
Do not publish
[CR25]